UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AVI AZOULAI,<br><br>        Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA LLC, et al.,<br><br>        Defendants. | Case No. 16-cv-00589-BLF<br><br>**ORDER STRIKING PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>[Re: ECF 15] |

Plaintiff has filed a 10-page evidentiary objection in addition to his 25-page Opposition to Defendants' Motion to Dismiss. *See* ECF 15. Pursuant to Civil Local Rule 7-3(a), "[a]ny evidentiary and procedural objections to the motion [to dismiss] must be contained within the [opposition] brief or memorandum."

Accordingly, the Court STRIKES Plaintiff's Opposition. Plaintiff may refile an opposition of no more than 25 pages, double-spaced and in 12-point font, inclusive of all objections and footnotes, by no later than **April 25, 2016**. Defendants' Reply deadline shall be continued to **May 2, 2016**.

**IT IS SO ORDERED.**

Dated: April 19, 2016

                                                                         BETH LABSON FREEMAN
                                                                         United States District Judge