United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AVI AZOULAI,

          Plaintiff,

    v.

BMW OF NORTH AMERICA LLC, et al.,

          Defendants.

Case No.  16-cv-00589-BLF

**ORDER STRIKING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

[Re: ECF 17]

      As before, Plaintiff has filed a 10-page evidentiary objection in addition to his 25-page Opposition to Defendants' Motion to Dismiss. *See* ECF 17, 18. Civil Local Rule 7-3(a) forbids a party from filing objections in any document other than its opposition brief. In other words, any objections to Defendants' Request for Judicial Notice must have been included in Plaintiff's Opposition to the Motion to Dismiss, as additionally set forth in the Court's prior Order Striking Plaintiff's Opposition. *See* ECF 16. Accordingly, the Court STRIKES Plaintiff's Objections to Defendants' Request for Judicial Notice and considers those objections now waived.

      **IT IS SO ORDERED.**

Dated: April 19, 2016

                                             _____
                                             BETH LABSON FREEMAN
                                           United States District Judge