1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

AVI AZOULAI,

          Plaintiff,

    v.

BMW OF NORTH AMERICA LLC, et al.,

          Defendants.

Case No.  5:16-cv-00589-BLF

**CASE MANAGEMENT ORDER**

On 06/09/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 08/04/2016 |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2   are referred to the assigned Magistrate Judge.

3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4   orders, which are available on the Court's website and in the Clerk's Office.

5      IT IS FURTHER ORDERED THAT Discovery is STAYED pending Motion to Dismiss

6   Hearing set on 08/04/2016.

7      IT IS FURTHER ORDERED THAT the Court GRANTS extension of time to serve

8   Defendants to 08/15/2016.

9

10   Dated:  06/09/2016

11

12

13   _____

14   BETH LABSON FREEMAN
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2