UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AVI AZOULAI, | |
|---|---|
| Plaintiff, | Case No. 5:16-cv-00589-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| BMW OF NORTH AMERICA LLC, et al., | |
| Defendants. | |

On 08/04, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Class Certification Hearing | 07/20/2017 at 9:00 a.m. |
| Last Day to Hear Dispositive Motions | 06/21/2018 at 9:00 a.m. |
| Final Pretrial Conference | 09/27/2018 at 1:30 p.m. |
| Trial | 10/22/2018 at 9:00 a.m. |

1      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5      IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6 proposed schedule regarding dates and deadlines to trial.
7      IT IS FURTHER ORDERED THAT the case is referred to ADR for Mediation.

Dated:  August 04, 2016

_____
BETH LABSON FREEMAN
United States District Judge